**Henderson SUPPLEE, Jr., Mrs. Marie Supplee Dickson and Mrs. Elizabeth S. Kirk, Executor and Executrices of the Will of C. Henderson Supplee, Deceased, and Mrs. C. Henderson Supplee, Surviving Wife, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 7422.**

Circuit Court of Appeals, Third Circuit.

April 8, 1941.

Harry J. Alker, Jr., and Edward S. Weyl, both of Philadelphia, Pa., for petitioners.

Warren F. Wattles, Sp. Asst. to Atty. Gen., for respondent.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals, 39 B.T.A. 902, is affirmed. In re Hoffman, D.C., 16 F.Supp. 391, affirmed Yocum v. Rothensies, 3 Cir., 87 F.2d 200.

**HARNAM SINGH, Also Known as Pritam Singh, v. I. F. WIXON, District Director of Immigration and Naturalization for the Port of San Francisco.**

**No. 9768.**

Circuit Court of Appeals, Ninth Circuit.

April 23, 1941.

Joseph P. Fallon, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

**The THORREZ & MAES MANUFACTURING CO., a Michigan Corporation, Plaintiff and Appellee, v. The AMERICAN CENTRAL INSURANCE COMPANY, a Missouri Corporation, Defendant and Appellant.**

**No. 8589.**

Circuit Court of Appeals, Sixth Circuit.

April 14, 1941.

McKinney, Folonie & Grear, of Chicago, Ill., and Smith, Strawhecker & Wetmore, of Grand Rapids, Mich., for appellant.

Rosenburg, Painter, Kelly & Cristy, of Jackson, Mich., and Shapero & Shapero, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

On reading and filing the stipulation hereto annexed, and it appearing therefrom that this cause has been amicably adjusted, it is ordered that the appeal, 32 F.Supp. 110, heretofore taken in this cause be and the same is hereby dismissed, without costs to either party; and it is further ordered that the cause be and is hereby remanded to the District Court of the United States for the Eastern District of Michigan, Southern Division, for further proceedings in said cause and the entry of such orders as may be stipulated to by the parties through their attorneys and that the mandate issue forthwith.